# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ALFRED CATALANI,

    Plaintiff,

vs.

CORRECTIONS OFFICER RAMOS, et al.,

    Defendants.

Case No. 2:13-cv-01059-JCM-CWH

**ORDER**

    Mail from the court has been returned with the notation that plaintiff is not at High Desert State Prison. Plaintiff has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that an appeal from the judgment of this court would not be taken in good faith.

    DATED: December 6, 2013.

_____
JAMES C. MAHAN
United States District Judge